MATT POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

SCOTT W. PINK (S.B. #122383)
spink@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Rd., 1st Floor
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601

SKYANNE L. SIMONSON (*pro hac vice* granted)
ssimonson@omm.com
O'MELVENY & MYERS LLP
2801 N. Harwood Street, Suite 1600
Dallas, Texas 75201-2692
Telephone: +1 972 360 1900
Facsimile: +1 972 360 1901

Attorneys for Defendant
Conversion Squared Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| JONATHAN BRADSHAW, an individual; *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CONVERSION SQUARED CORPORATION, a Wyoming corporation; *et al.*,<br><br>                    Defendants. | Case No. 4:26-cv-00625-HSG<br><br>**STIPULATION AND ORDER TO TRANSFER VENUE**<br><br><u>Jury Trial Demanded</u><br><br>Judge:  Hon. Haywood S. Gilliam<br>Date Action Filed:  January 20, 2026<br>Trial Date:  Not Set |

Plaintiffs Keehnan Anderson, Jonathan Bradshaw, Lorenia Bryant, Tanisha Clark, Bridgette Goodman, Damond Harris, Coy Johnson, Danielle Jones, Deidre Love, Kristina Kirby, Evon Martin, Stacy McBride, Dorian Medina, Jose Pereda, Darrell Rogers, Keya Thornabar, Juanita Wells, Shamica Whittaker, and Carllie Juanita Williams (collectively "Plaintiffs") and Defendant Conversion Squared Corporation ("Conversion Squared"), together the "Parties," by and through their respective counsel of record, hereby stipulate as follows:

Whereas, on November 7, 2025, Plaintiffs filed their Complaint against Conversion Squared in California Superior Court for the County of Marin;

Whereas, on January 20, 2026, Conversion Squared filed its responsive pleading and a Motion to Quash for lack of personal jurisdiction in California Superior Court;

Whereas, on January 20, 2026, Conversion Squared removed this case to the U.S. District Court for the Northern District of California under 28 U.S.C. § 1441(b);

Whereas, the Parties have not yet commenced discovery in this Action;

Whereas, Conversion Squared is a Wyoming corporation with its principal place of business in Addison, Texas, such that a forum in Texas is more convenient for Conversion Squared and the potential witnesses who reside there;

Whereas, Plaintiffs originally could have filed this Action in the U.S. District Court for the Northern District of Texas under 28 U.S.C. § 1332 and 28 U.S.C. § 1391(b);

Whereas, the U.S. District Court for the Northern District of Texas would have personal jurisdiction over Conversion Squared;

Whereas, consistent with 28 U.S.C. § 1404(a), the Parties agree that this stipulated transfer to the U.S. District Court for the Northern District of Texas will serve the convenience of the Parties and witnesses, and advance the interest of justice;

Now therefore, the Parties hereby jointly move and stipulate, subject to the Court's approval, that this Action be transferred to the U.S. District Court for the Northern District of Texas (Dallas Division).

- 2 -

STIPULATION AND ORDER TO
TRANSFER NO. 4:26-CV-00625-HSG

Dated: February 19, 2026                    O'MELVENY & MYERS LLP


By:      */s Matt Powers*
         Matt Powers
         Scott Pink
         Skyanne Simonson
Attorneys for Defendant Conversion Squared
Corp.


Dated: February 19, 2026                    THE LAW OFFICES OF DANIEL BALSAM


By:      */s Daniel Balsam*
         Daniel Balsam

Attorney for Plaintiffs

- 3 -                    STIPULATION AND ORDER TO
                         TRANSFER NO. 4:26-CV-00625-HSG

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to the Northern District of California Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.


Dated:  February 19, 2026                    O'MELVENY & MYERS LLP


                                             By:    */s Matt Powers*
                                                    Matt Powers
                                             Attorney for Defendant Conversion Squared
                                             Corp.

STIPULATION AND ORDER TO
TRANSFER NO. 4:26-CV-00625-HSG

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the action of the above-captioned case is transferred to the United States District Court for the Northern District of Texas, pursuant to 28 U.S.C. § 1404(a).  The Clerk of the Court is authorized to transfer all of the pleadings and papers herein to the Clerk of the Northern District of Texas Courts.

DATED:  2/20/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND ORDER TO
TRANSFER NO. 4:26-CV-00625-HSG